LILLIAN BEAN, Respondent, v. GEORGE C. MILLER, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order granting plaintiff's motion to set aside the verdict of the jury in favor of defendant for no cause of action, and for a new trial in an automobile negligence action.) Present— Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

GUY G. DONARUMA, Appellant, v. SAVINGS BANK OF UTICA, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint in an action under a life insurance policy.) Present— Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

HELEN CZERWINSKI, Appellant, v. LOUIS W. SCHMEICHEL, Respondent. JOHN CZERWINSKI, Appellant, v. LOUIS W. SCHMEICHEL, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for defendant for no cause of action in automobile negligence actions, consolidated by court order. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

DAVID C. PARK, Suing on Behalf of Himself and All Other Bondholders of SYRACUSE HOTEL CORPORATION and All Other Stockholders of CITIZENS HOTEL CORPORATION Similarly Situated, Respondent, v. HOTEL SYRACUSE, INC., Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment adjudging plaintiff to be owner of certain shares of stock in defendant corporation and directing issuance to him of certificates of ownership and payment of accrued dividends.) Present— Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

AGNES STEBBINS, Respondent, v. CHARLES KEELING, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Monroe Children's Court adjudging defendant to be the father of the child of complainant and directing him to contribute to the support of the child, in a filiation proceeding.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

In the Matter of the Accounting of BETTY C. HAWE, as Administratrix of the Estate of IRENE S. CASS, Deceased, Respondent. WILLIAM J. RAFTER et al., Appellants.— Order and decree affirmed, with costs. All concur. (Appeal from an order and decree settling the accounts of an administratrix.) Present— Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.